ADUBATO & JAFFE, ESQS.
725 Broadway
Bayonne, New Jersey 07002
(201) 858-3771
Attorneys for Defendant,
Galitano Gjoni

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | HON. JOSE LINARES, U.S.D.J. |
| Plaintiff, : | CRIM. NO. 09-03534 |
| vs. : | |
| : | **CONSENT ORDER** |
| GALITANO GJONI : | |
| Defendants. : | |

This matter having been brought before the Court on the motion of Adubato & Jaffe, Esqs. (Michele A. Adubato, Esq. appearing) attorneys for the defendant, GALITANO GJONI, for an Order modifying the Bail conditions in the above matter to remove the obligations of electronic monitoring and the United States Attorneys Office having consented to the request (David Malagold, A.U.S.A. appearing): and the United States Pretrial Services having consented to the request; and the Court having considered the matter and for good cause appearing;

IT IS ON THIS 4th DAY OF ~~DECEMBER,~~ January, 2012 ~~2011~~

ORDERED that the bail conditions of defendant matter be modified to remove the obligation of electronic monitoring.

HON. JOSE LINARES, U.S.D.J.

Consented to by:

DAVID MALAGOLD, A.U.S.A.

MICHELE A. ADUBATO, ESQ.
Attorney for Defendant,
GALITANO GJONI