UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : HON. JOSE LINARES, U.S.D.J. |
| Plaintiff, | : Crim. No. 11-00184-001 (JL) |
| vs. | : |
| GALITANO GJONI | : APPLICATION FOR EARLY TERMINATION OF PROBATION ON BEHALF OF DEFENDANT GALITANO GJONI |
| Defendant. | : |

TO: DAVID MALAGOLD, A.U.S.A.
Office of the United States Attorney
970 Broad Street
Newark, New Jersey 07102

SIR:

PLEASE TAKE NOTICE that the defendant, GALITANO GJONI, through his attorney Michele A. Adubato, Esq., shall move before the Honorable Jose Linares, U.S.D.J., at the Martin Luther King Courthouse 50 Walnut Street, Newark, New Jersey 07101 for an order for early termination of Mr. Gjoni's probation.

The defendant shall rely upon the certification submitted in support of this application.

Respectfully submitted,

ADUBATO & JAFFE, ESQ.

By: /s/ Michele A. Adubato
MICHELE A. ADUBATO, ESQ.
Attorney for Defendant,
Galitano Gjoni

Dated: March 26, 2015