ADUBATO & JAFFE, ESQS.
725 Broadway
Bayonne, New Jersey 07002
(201) 858-3771
Attorneys for Defendant,
Galitano Gjoni

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : HON. JOSE LINARES, U.S.D.J. |
| Plaintiff, | : CRIM. NO. 11-00184-001 (JL) |
| vs. | : **ORDER GRANTING DEFENDANT'S REQUEST FOR EARLY TERMINATION OF PROBATION.** |
| GALITANO GJONI, | |
| Defendant. | |

This matter having been brought before the Court on the motion of Adubato & Jaffe, Esqs. (Michele A. Adubato, Esq. appearing) attorneys for the defendant, GALITANO GJONI, for an Order for early termination of defendant's, Galitano Gjoni, probationary term and David Malagold, AUSA appearing on behalf of the United States Attorney's Office; and the Court having considered the matter and for good cause appearing;

IT IS ON THIS 16th DAY OF ~~MARCH~~ April , 2015

ORDERED that the defendant's term of probation be hereby terminated.

_____
HON. JOSE LINARES, U.S.D.J.