# Adubato & Jaffe
### ATTORNEYS AT LAW
725 BROADWAY
BAYONNE, NEW JERSEY 07002

TEL: (201) 858-3771
FAX: (201) 858-8604

MICHELE A. ADUBATO
BETH M. JAFFE

November 22, 2016

*U.S. DISTRICT COURT*
*DISTRICT OF NEW JERSEY*
*RECEIVED*
*2016 NOV 29 A 11: 15*

Clerk of US District Court
M.L.King, Jr Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: **US v. Galitano Gjoni**
<u>Case No. 2:11-cr-00184-JLL</u>

Dear Sir:

This office represented the above-entitled defendant by appointment under the CJA Act.

Unfortunately, the client is requesting a copy of the Judgment of Conviction and we do not have it in the file. Kindly provide us with a copy.

If the JOC is sealed, please provide written confirmation of that fact.

Thank you for your anticipated cooperation.

Very truly yours,

ADUBATO & JAFFE

Michele A. Adubato

/nc